MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Aisha Johnston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AISHA JOHNSTON,<br>Defendant | Case No.: CR-10-0688<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE JANUARY 19, 2011 SENTENCING HEARING |

The parties hereby stipulate that this Court should enter an order continuing the sentencing hearing currently set for Wednesday, January 19, 2011, until Wednesday, February 16, 2011. The Probation Office does not object to this request.

The parties have been awaiting discovery and information related to sentencing that was recently received by the government both from the victim bank and the defendant. The parties need additional time to analyze and incorporate this information into their sentencing arguments.

Defense counsel is not available to appear until February 16, 2011, due to previously scheduled, out-of-town appearances in other cases.

Dated: January 14, 2011

Respectfully Submitted,

//s//

ISMAIL RAMSEY
RAMSEY & EHRLICH LLP
Attorney for Aisha Johnston

MELINDA HAAG
United States Attorney

//s//

W. DOUGLAS SPRAGUE
Assistant United States Attorney

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court orders that the sentencing hearing for defendant Aisha Johnston in the above entitled case be continued from Wednesday, January 19, 2011 to Wednesday, February 16, 2011.

Dated: January 18, 2010

HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE