MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Aisha Johnston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AISHA JOHNSTON, <br><br> Defendant. | Case No.: CR-10-00688 MMC <br><br> ORDER APPROVING <br><br> **STIPULATION ~~AND [PROPOSED]~~** <br> **~~ORDER~~ TO CONTINUE SELF SURRENDER DATE** |

The defendant Aisha Johnston and the government stipulate that this Court should enter an order continuing Ms. Johnston's voluntary-surrender date to the Bureau of Prisons from June 30, 2011 to August 30, 2011. The parties have communicated with Probation Officer Sara Rizor Black, who does not object to this request.

This Court previously sentenced Ms. Johnston to a 10-month sentence for mortgage fraud. The Court ordered that Ms. Johnston serve 4 months of home confinement and 4 months in custody (with a recommendation that the BOP have her

STIPULATION AND [PROPOSED] ORDER

serve the custody time in a halfway house).  Docket No. 18.  The Court also ordered that the defendant voluntarily surrender on June 30, 2011. Docket No. 16.

As of this date, two weeks before Ms. Johnston's current self-surrender date, the Bureau of Prisons has yet to determine whether Ms. Johnston will be able to serve her four-month term of imprisonment in a halfway house as this Court recommended.

Accordingly, the parties ask this Court to continue Ms. Johnston's voluntary surrender date to August 30, 2011, which should provide adequate time for the Bureau of Prisons to make its determination.

Dated:                                                          Respectfully Submitted,

                                                                RAMSEY & EHRLICH LLP

                                                                //s//

                                                                ISMAIL RAMSEY
                                                                ATTORNEY FOR AISHA JOHNSTON


                                                                MELINDA HAAG
                                                                U.S. ATTORNEY

                                                                //s//

                                                                W. DOUGLAS SPRAGUE
                                                                ASSISTANT US ATTORNEY


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.  This Court orders that the voluntary surrender date for defendant Aisha Johnston in the above-entitled case be continued from June 30, 2011, to August 30, 2011.

Dated:  June 16, 2011

                                                                _____
                                                                HON. MAXINE M. CHESNEY
                                                                U.S. DISTRICT JUDGE