IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-0688 MMC |
| Plaintiff, | **ORDER RE: DEFENDANT'S LETTER REQUEST** |
| v. | |
| AISHA R. JOHNSTON, | |
| Defendant. | |

The Court is in receipt of defendant's letter of September 24, 2011, by which letter defendant requests the Court reiterate to the Bureau of Prisons the Court's recommendation as to placement in a half-way house.

The Court's recommendation was made on the record at the time of sentencing and incorporated in the Judgment filed in the case docket, which Judgment, in turn, was sent to the Bureau of Prisons.

Moreover, the recommendation as to placement in a half-way house was stated as an alternative. Specifically, the Court recommended that if a half-way house was not deemed appropriate, defendant be placed in a facility as close to the San Francisco Bay Area as possible. As defendant notes, she was placed in FCI Dublin, a facility located in the San Francisco Bay Area.

//

Accordingly, the request for a further recommendation is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  October 4, 2011

MAXINE M. CHESNEY
United States District Judge